Exhibit 2

# Please resign

| | |
|---|---|
| From | Joe Villatico <joe@greatesthitscc.com> |
| Date | Friday, September 22nd, 2023 at 12:07 PM |

Patrick

Please resign. The share price changed due to David Lahar shares being dissolved which just brought everyone else's share value up but diluted the shares so needed to change the value to equal our valuation we have been raising on the entire time.

**JOE VILLATICO (he,his,him)**
*Chief Executive Officer*

c  508-450-2720
e  [joe@greatesthitscc.com](mailto:joe@greatesthitscc.com)
w  [greatesthitscc.com](http://greatesthitscc.com)



CONFIDENTIALITY NOTICE: This email and any files transmitted with it are confidential and intended solely for the use of DMA Holdings LLC,   DMA Holdings LLC and associated parties to whom they are addressed. Contents of this email may include confidential information and/or copyrighted material, and if you intend to disclose, copy, or distribute these contents, you must first notify DMA Holdings LLC , DMA Holdings LLC to inquire as to the status of the content and whether it may be disseminated. Also, if you are not the intended recipient, please notify the sender immediately of that fact by return email and permanently delete the email and any attachments.

**485.94 KB**  1 file attached

women2_sub.pdf  485.94 KB