*Exhibit 3*

# Secretary of the Commonwealth of Massachusetts
William Francis Galvin

## Business Entity Summary

**ID Number: 001391976**

[Request certificate] [New search]

**Summary for:** DMA HOLDINGS (MA), LLC

| | |
|---|---|
| **The exact name of the Domestic Limited Liability Company (LLC):** | DMA HOLDINGS (MA), LLC |
| **Entity type:** | Domestic Limited Liability Company (LLC) |
| **Identification Number:** 001391976 | **Old ID Number:** |
| **Date of Organization in Massachusetts:** 07-08-2019 | **Date of Revival:** |
| | **Last date certain:** |

**The location or address where the records are maintained** (A PO box is not a valid location or address):

Address: 16 VILLAGE STREET

City or town, State, Zip code, Country:   DUDLEY,   MA   01571   USA

**The name and address of the Resident Agent:**

Name:   NICHOLAS ADAMOPOULOS

Address: 154 THOMPSON ROAD

City or town, State, Zip code, Country:   WEBSTER,   MA   01570   USA

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | JOSEPH VILLATICO | 35 CHASE AVENUE DUDLEY, MA 01571 USA |
| MANAGER | RHETT JORDAN | 35 CHASE AVENUE DUDLEY, MA 01571 USA |

**In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:**

| Title | Individual name | Address |
|---|---|---|
|  |  |  |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | JOSEPH VILLATICO | 35 CHASE AVENUE DUDLEY, MA 01571 USA USA |

| REAL PROPERTY | RHETT JORDAN | 35 CHASE AVENUE DUDLEY, MA 01571 USA USA |
|---|---|---|

| ☐ Consent | ☐ Confidential Data | ☐ Merger Allowed | ☐ Manufacturing |
|---|---|---|---|

**View filings for this business entity:**

```
ALL FILINGS
Annual Report
Annual Report - Professional
Articles of Entity Conversion
Certificate of Amendment
Certificate of Cancellation
```

[View filings]

**Comments or notes associated with this business entity:**

[New search]

# Secretary of the Commonwealth of Massachusetts
William Francis Galvin

## Business Entity Summary

**ID Number: 001432125**   Request certificate   New search

**Summary for:  TREE MARKET LYNN LLC**

| | |
|---|---|
| **The exact name of the Domestic Limited Liability Company (LLC):**  TREE MARKET LYNN LLC |
| **The name was changed from:** TREE MARKET LYNN LLC. **on** 06-07-2021 |
| **Entity type:**  Domestic Limited Liability Company (LLC) |
| **Identification Number:** 001432125 |
| **Date of Organization in Massachusetts:**      **Date of Revival:**<br>03-27-2020 |
| **Last date certain:** |
| **The location or address where the records are maintained** (A PO box is not a valid location or address):<br><br>Address:  16 VILLAGE STREET<br><br>City or town, State, Zip code, Country:       DUDLEY,   MA   01571   USA |
| **The name and address of the Resident Agent:**<br><br>Name:     NICHOLAS ADAMOPOULOS<br><br>Address:  LAKE SHORE LEGAL, LLC 154 THOMPSON ROAD<br><br>City or town, State, Zip code, Country:       WEBSTER,   MA   01570   USA |
| **The name and business address of each Manager:** |

| Title | Individual name | Address |
|---|---|---|
| MANAGER | DMA HOLDINGS (MA) LLC | 35 CHASE AVENUE DUDLEY, MA 01571 USA |

**In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:**

| Title | Individual name | Address |
|---|---|---|
|  |  |  |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | JOSEPH VILLATICO | 35 CHASE AVENUE DUDLEY, MA 01571 USA |

| REAL PROPERTY | RHETT JORDAN | 16 VILLAGE STREET DUDLEY, MA 01571 USA USA |
|---|---|---|

| ☐ Consent | ☐ Confidential Data | ☐ Merger Allowed | ☐ Manufacturing |
|---|---|---|---|

**View filings for this business entity:**

```
ALL FILINGS
Annual Report
Annual Report - Professional
Articles of Entity Conversion
Certificate of Amendment
Certificate of Cancellation
```

[View filings]

**Comments or notes associated with this business entity:**

[New search]

# Secretary of the Commonwealth of Massachusetts
William Francis Galvin

# Business Entity Summary

ID Number: 001378785   [Request certificate]   [New search]

Summary for:  **TREE MARKET TAUNTON LLC**

| | |
|---|---|
| **The exact name of the Domestic Limited Liability Company (LLC):** | TREE MARKET TAUNTON LLC |
| **Entity type:** | Domestic Limited Liability Company (LLC) |
| **Identification Number:** | 001378785 |
| **Date of Organization in Massachusetts:** 04-15-2019 | **Date of Revival:** |
| | **Last date certain:** |

**The location or address where the records are maintained** (A PO box is not a valid location or address):

Address:  16 VILLAGE STREET

City or town, State, Zip code, Country:      DUDLEY,   MA   01571   USA

**The name and address of the Resident Agent:**

Name:      NICHOLAS ADAMOPOULOS

Address:  LAKE SHORE LEGAL, LLC 154 THOMPSON ROAD

City or town, State, Zip code, Country:      WEBSTER,   MA   01570   USA

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | DMA HOLDINGS (MA) LLC | 35 CHASE AVENUE DUDLEY, MA 01571 USA |

**In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:**

| Title | Individual name | Address |
|---|---|---|
| | | |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | JOSEPH VILLATICO | 35 CHASE AVENUE DUDLEY, MA 01571 USA |
| REAL PROPERTY | RHETT JORDAN | 16 VILLAGE STREET DUDLEY, MA 01571 USA USA |

| ☐ Consent | ☐ Confidential Data | ☐ Merger Allowed | ☐ Manufacturing |
|---|---|---|---|

**View filings for this business entity:**

```
ALL FILINGS
Annual Report
Annual Report - Professional
Articles of Entity Conversion
Certificate of Amendment
Certificate of Cancellation
```

[View filings]

**Comments or notes associated with this business entity:**

[                                                              ]

[New search]

# Secretary of the Commonwealth of Massachusetts
William Francis Galvin

# Business Entity Summary

ID Number: 001445282          Request certificate    New search

Summary for:  VERDE ORGANICA, LLC

| | |
|---|---|
| The exact name of the Domestic Limited Liability Company (LLC): | VERDE ORGANICA, LLC |
| Entity type: | Domestic Limited Liability Company (LLC) |
| Identification Number: | 001445282 |
| Date of Organization in Massachusetts: 06-30-2020 | Date of Revival: |
| | Last date certain: |

**The location or address where the records are maintained** (A PO box is not a valid location or address):

Address:  35 CHASE AVENUE

City or town, State, Zip code, Country:    DUDLEY,  MA  01571  USA

**The name and address of the Resident Agent:**

Name:    NICHOLAS ADAMOPOULOS

Address:  154 THOMPSON ROAD

City or town, State, Zip code, Country:    WEBSTER,  MA  01570  USA

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | DAVID ALLEN LAHAR | 48 ROUND HILL ROAD, STE 23 NORTHAMPTON, MA 01060 USA |

**In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:**

| Title | Individual name | Address |
|---|---|---|
| SOC SIGNATORY | JOSEPH ANTHONY VILLATICO | 48 ROUND HILL ROAD, STE 23 NORTHAMPTON, MA 01060 USA |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | DAVID ALLEN LAHAR | 48 ROUND HILL ROAD, STE 23 NORTHAMPTON, MA 01060 USA |

| REAL PROPERTY | JOSEPH ANTHONY VILLATICO | 48 ROUND HILL ROAD, STE 23 NORTHAMPTON, MA 01060 USA |
|---|---|---|

| ☐ Consent | ☐ Confidential Data | ☐ Merger Allowed | ☐ Manufacturing |
|---|---|---|---|

**View filings for this business entity:**

```
ALL FILINGS
Annual Report
Annual Report - Professional
Articles of Entity Conversion
Certificate of Amendment
Certificate of Cancellation
```

[View filings]

**Comments or notes associated with this business entity:**

[New search]